UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

**Plaintiff,**

**-vs-**                                                          **Case No# 8:09-547-**

**T23-TBM**

**B HOME ASSOCIATES, LLC, a Florida**

**Limited liability Company, d/b/a EXPERT**

**FORECLOSURE,**

**Defendant(s) Pro Se**

_____ /

## DEFENDANT(S) ANSWER TO PLAINTIFF(S) "STIPULATION AND JOINT REQUEST FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY RECEIVER

Defendant(s) **Pro Se**, BRIAN BLANCHARD by and through myself as **Pro Se**

and pursuant to FEDERAL Rule, answer(s) to the above in part to the complaint

and states affirmative defense(s) as follow:

Deny all Sales, Defendant Brian Blanchard is without knowledge to any

personal property to be received by the Federal Trade Commission request for

HOME ASSURE, LLC. Therefore I would demand strict proof thereof.

A. Deny, without knowledge
B. Deny, without knowledge
C. Deny, all personal property or business
D. Deny, the work value or the right of sale, of personal or business
E. Deny, without knowledge as to expenses, personal or business
   Deny, Plaintiff's
F. Deny, complaint is subject to the defense of <u>unclean hands and illegality by the Plaintiff(s)</u>.
G. Deny, without knowledge
H.

**<u>Furthermore, the allegation contained in Plaintiff's Complaint raise genuine issues of material fact to justify a trial on the merits.</u>**

Defendants should have the opportunity to develop their case further and the chance to exhaust all discovery opportunities available to them. Therefore, the Plaintiff's claims are not ripe for STIPULATION OR AUTHORIZING SALE OF PERSONALL PROPERTY OR BUSINESS BY THE RECEIVER.

**WHEREFORE,** Defendant **Pro Se** respectfully request that this Honorable Court to **Grant or Order** the Complaint to be **<u>Dismissed</u>**, or any sanctions for their costs, and for such further relief as is deemed just / fair and equitable in the nature of the case may require, for all the foregoing

Respectfully Submitted

_Brian Blanchard_

Signature / BRIAN BLANCHARD, ET AL / **Pro Se**

_Brian Blanchard_

Print / BRIAN BLANCHARD, ET AL / **Pro Se**

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered a copy of this Answer and Affirmative Defense to "STIPULATED PRELIMINARY INJUNCTION AND ORDER FOR OTHER EQUITABLE RELIEF AGAINST DEFENDANT BRIAN BLANCHARD" by mailing a copy to the Plaintiff's lawyer [Ann F. Weintraub, David Dulabon, Darren H. Lubetsky, Law Offices of Federal Trade Commission, P.A. Attorney for the Plaintiff, One Bowling Green, Suite 318 New Your, NY 10004 (212) 607-2829 fax: (212) 602-2822 Bar #: 0000000].

Signature / BRIAN BLANCHARD, Defendant(s) **Pro Se**