UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,    CASE NO: 8:09-cv-547-T-23 TBM

v.

HOME ASSURE, LLC,
a Florida limited liability company,

B HOME ASSOCIATES, LLC,
a Florida limited liability company, d/b/a
EXPERT FORECLOSURES,

BRIAN BLANCHARD,
individually and as a member officer,
or director of Home Assure, LLC, and
B Home Associates, LLC,

MICHAEL GRIECO,
MICHAEL TRIMARCO, and
NICOLAS MOLINA,
individually and as members, officers, or
directors of Home Assure, LLC,

    Defendants.
_____/

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1)(B), Fed.R.App.P., notice is hereby given that Defendants Michael Trimarco and Nicolas Molina appeal to the United States Court of Appeals for the Eleventh Circuit from an Order entered in this action on April 16, 2009 (D.E. #65).

Dated: June 12, 2009.

HOMERBONNER
1200 Four Seasons Tower • 1441 Brickell Avenue • Miami, Florida 33131
Telephone: (305) 350-5100

Respectfully submitted:

HOMERBONNER
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5139
Telecopier: (305) 982-0063
Email: phomer@homerbonner.com

*Attorneys for Defendants Mike Trimarco and Nicolas Molina*

By: __/s/ Peter W. Homer__
    Peter W. Homer
    Florida Bar No: 291250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served via this Court's CM/ECF electronic filing system, and U.S. mail on this 12th day of June, 2009 upon Ann F. Weintraub, Esq., attorney for Plaintiff, Federal Trade Commission, Northeast Regional Office, 1 Bowling Green, Suite 318, New York, New York 10004, Kenton Johnson, Robb Evans & Associates LLC, 11450 Sheldon Street, Sun Valley, California 91352-1121, Temporary Receiver for the Receivership Defendant, and via electronic mail to Michael Grieco and Brian Blanchard (service address currently unknown).

    s/ Peter W. Homer
    Peter W. Homer