UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HOME ASSURE, LLC, et al.<br><br>Defendants. | Case No. 8:09-cv-547-T23-TBM |

## JOINT MOTION TO RE-OPEN THIS ACTION, SET ASIDE THE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT HOME ASSURE, LLC, AND TO ENTER THE PROPOSED STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AGAINST DEFENDANT HOME ASSURE, LLC

Plaintiff Federal Trade Commission ("FTC") and Defendant Home Assure, LLC ("Home Assure"), by and through their attorneys file this Joint Motion to Re-Open this Action, Set Aside the Clerk's Entry of Default Against Defendant Home Assure, and to Enter the Proposed Stipulated Final Judgment and Order for Permanent Injunction as to Defendant Home Assure. As grounds for this motion, the parties state:

1. On May 10, 2010, this Court entered an Order staying this action pending the Commission's approval of a settlement in this case. (Dkt. No. 269.) The Order administratively closed the case, and provided that "No later than ninety (90) days after the date of this order, a party may move to re-open this action." (*Id.*)

2. In accordance with the Court's order, the parties move to re-open the this action in order for the Court set aside the Clerk's entry of default and to enter the attached proposed stipulated Final Judgment and Order for Permanent Injunction as to Defendant Home Assure. Simultaneously with the filing of motion, HomerBonner will enter an Appearance for Defendant Home Assure.

3. Pursuant to Federal Rule of Civil Procedure 55(c), the parties move this Court to set aside the Clerk's Entry of Default against Home Assure entered May 20, 2009. [Dkt. # 93]. Vacating a default requires a showing of "good cause." *See* Fed. R. Civ. P. 55(c). "Good cause is a mutable standard, varying from situation to situation. It is also a liberal one . . . ." *Compania Interamericana Export-Import v. Compania Domincana de Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996). Relevant factors include whether vacating the default would prejudice the plaintiff, whether the defendant presents a meritorious defense, whether the default was willful, and whether the defendant acted promptly to correct the default. *See Id.* Courts disfavor default "because of the strong policy of determining cases on their merits." *Florida Physicians Insurance Co. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993). The parties in this matter have jointly requested the Default be set aside, and have stipulated to a permanent injunction against Home Assure. Thus good cause exists to set aside the entry of default.

4. Upon entry of the requested relief herein, the FTC will file a renewed motion for default judgment against B Home Associates, LLC, doing business as Expert Foreclosure, and a stipulation of voluntary dismissal with prejudice as to the remaining individual defendants.

Respectfully Submitted,

**FOR THE FEDERAL TRADE COMMISSION**

/s Ann F. Weintraub          DATED: July 27, 2010
ANN F. WEINTRAUB
DAVID DULABON
DARREN H. LUBETZKY
Federal Trade Commission
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2829 (telephone)
(212) 607-2822 (facsimile)
aweintraub@ftc.gov
ddulabon@ftc.gov
dlubetsky@ftc.gov

**FOR DEFENDANT HOME ASSURE, LLC**

/s Howard S. Goldfarb          DATED: July 27, 2010
PETER W. HOMER
HOWARD S. GOLDFARB
HomerBonner
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel. (305) 350-5139
Fax (305) 982-0063
phomer@homerbonner.com
hgoldfarb@homerbonner.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Joint Motion to Re-open this Action, Set Aside the Clerk's Entry of Default Against Defendant Home Assure, Llc, and to Enter the Proposed Stipulated Final Judgment and Order for Permanent Injunction Against Defendant Home Assure, LLC was served via ECF on the 27th day of July, 2010 upon counsel:

Peter W. Homer, Esquire
HomerBonner
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131

                                                s/Ann F. Weintraub
                                                Ann F. Weintraub
                                                Attorney for Plaintiff